# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Koh, Lucy H. | District Court -- Northern California | 05/13/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge --Active | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2018 <br> to <br> 12/31/2018 |

**7. Chambers or Office Address**

280 South First Street
San Jose, California 95113

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | State of California -- salary |
| 2. | 2018 | Stanford University -- salary |
| 3. | 2018 | New York University -- salary |
| 4. | 2018 | Thomson/Reuters -- book royalty |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Law Institute | 10/25/2018-10/26/2018 | Philadelphia, PA | Participate in Principles for Data Economy Meeting | Airfare, ground transporation, meal, hotel |
| 2. | American Bar Association | 04/12/2018-04/14/2018 | Orlando, FL | Serve as Business Law Advisor at Spring Meeting | Airfare, ground transporation, meals, hotel |
| 3. | University of Chicago | 04/25/2018-04/26/2018 | Chicago, IL | Judge final round of moot court competition | Airfare, ground transporation, hotel |
| 4. | American Bar Association | 09/12/2018-09/15/2018 | Austin, TX | Serve as Business Law Advisor at Annual Meeting | Airfare, ground transportation, meals, hotel |
| 5. | Opperman Foundation | 09/19-2018-09/21/2018 | New York, NY | Serve on Devitt Committee to select Devitt Award recipient | Airfare, ground transportation, meals, hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| Koh, Lucy H. | 05/13/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koh, Lucy H. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Accounts | A | Interest | L | T | | | | | |
| 2. State of California Savings Plus Program | | None | J | T | | | | | |
| 3. American Funds Washington Mutual R6 | | None | L | T | | | | | |
| 4. Nationwide Geneva Small Cap Gr R6 | | None | L | T | | | | | |
| 5. Dodge & Cox Balanced | | None | L | T | | | | | |
| 6. Lord Abbett Total Return R5 | | None | L | T | | | | | |
| 7. Vanguard Target Retirement 2035 Inv | | None | J | T | | | | | |
| 8. Vanguard Target Inst Retirement 2035 | D | Dividend | O | T | | | | | |
| 9. AMG Managers Fairpointe Mid Cap N | C | Dividend | L | T | | | | | |
| 10. Invesco CollegeBound Age Based Portfolio | | None | K | T | | | | | |
| 11. TIAA CREF ScholarShare Active Age-Based Portfolio | | None | K | T | | | | | |
| 12. Vanguard Instl Target Retire 2035 Ins | | None | L | T | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part IV. Reimbursement

Opperman Foundation
11/06/2018-11/08/2018
Washington, D.C.
Attend Devitt Award Ceremony at U.S. Supreme Court
Airfare, ground transportation, meals, hotel


Part VII. Investments and Trusts

In line 4, IronBridge Small Cap Fund changed names to Nationwide Geneva Small Cap Gr R6. I do not know why the fund changed names. I did nothing to cause any change in the fund name.

Nearly all of my funds in Vanguard Target Retirement 2035 Inv (line 7) were moved to Vanguard Instl Trgt Retire 2035 Ins (line 12). I do not know why the funds were moved. I did nothing to move the funds.

In line 8, Vanguard Target Retirement 2035, which is my husband's retirement account, changed names to Vanguard Inst Target Retirement 2035. My husband does not know why the fund changed names. He did nothing to cause any change in the fund name.

In line 9, Aston Fairpointe Mid Cap changed names to AMG Managers Fairpointe Mid Cap N. I do not know why the fund changed names. I did nothing to cause any change in the fund name.

I understand that all income is reportable, whether taxable, tax deferred, or tax exempt. I further understand that dividends that are reinvested must be listed as income. However, Part VII, lines 2-7 and 10-12 had no dividends, had no reinvestment of dividends, and thus had no reportable income in calendar year 2018.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Lucy H. Koh**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544